UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re
Ross Daniel Kelson

Case No. 12-22288-AJC-RAM
Chapter 13

    Debtor
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Office of ROBERT SANCHEZ & ASSOCIATES P.A., will be appearing for Debtor ROSS DANIEL KELSON bankruptcy case. At this time any and all correspondence and pleadings must be submitted to our office from this day forward.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed to: Nancy K. Neidich, Trustee P.O Box 279806 Miramar, Florida 33027-9806 on this 13th day of September 2013.

ROBERT SANCHEZ & ASSOCIATES, P.A.
ATTORNEY FOR DEBTOR
355 W 49th Street
Hialeah FL 33012
(305)687-8008
(305)512-9701

_____
Robert Sanchez, ESQ.
FLORIDA BAR No: 0442161