UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Ross Daniel Kelson,　　　　　　　　　　　　　Case No. 12-22288-AJC
　　　Debtor.　　　　　　　　　　　　　　　　Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Ross Daniel Kelson by and through his undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 8, 2012 the instant case was filed.

2. On December 10, 2012 debtor's Fourth amended chapter 13 plan was confirmed.

3. The Trustee issued a Notice of Delinquency on July 29, 2013 giving the debtor until September 17, 2013 to become current with his Chapter 13 Plan.

4. Debtor has retained the services of undersigned counsel to represent him in his bankruptcy and undersigned has filed a Notice of Appearance (ECF#65).

5. Undersigned has sent debtor's counsel a Notice of Stipulation of Substitution of Counsel.

6. The debtor wishes to Modify his plan in order to become current with his confirmed plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161