# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:

ROSS DANIEL KELSON,
    Debtor
_____/

Case No. 12-22288-AJC-RAM
Chapter 13

## STIPULATION AND SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that ROBERT SANCHEZ, ESQ., may be substituted as counsel of record for Debtor, ROSS DANIEL KELSON, and that J CHAD EDWARDS, ESQ., will withdraw as counsel for Debtor.

Dated this 13TH day of SEPTEMBER, 2013.

J CHAD EDWARDS, ESQ.
1200 N FEDERAL HIGHWAY, SUITE 200
BOCA RATON, FLORIDA 33432
(305) 609-3329
By: _____
    J Chad Edwards
    Fla. Bar No. 0934666

ROBERT SANCHEZ, ESQ.
355 W 49TH STREET
HIALEAH, FL 33012
(305) 687-8008
By: _____
    Robert Sanchez
    Fla. Bar No. 0442161