## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              Case No.  12-22288-AJC-RAM
                                                    Chapter 13
**ROSS DANIEL KELSON,**
    Debtor
_____/

### STIPULATION AND SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between undersigned

counsel that ROBERT SANCHEZ, ESQ., may be substituted as counsel of

record for Debtor, ROSS DANIEL KELSON, and that J CHAD EDWARDS, ESQ.,

will withdraw as counsel for Debtor.

Dated this 13TH day of SEPTEMBER, 2013.


J CHAD EDWARDS, ESQ.                    ROBERT SANCHEZ, ESQ.
1200 N FEDERAL HIGHWAY, SUITE 200       355 W 49TH STREET
BOCA RATON, FLORIDA 33432               HIALEAH, FL 33012
(305) 609-3329                          (305) 687-8008

By: _____            By: _____
    J Chad Edwards                          Robert Sanchez
    Fla. Bar No.  0934666                   Fla. Bar No. 0442161