

**ORDERED in the Southern District of Florida on October 30, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No. 12-22288- BKC AJC

Ross Daniel Kelson,                                                     Chapter 13

    Debtor.
_____/

### ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came to before the Court upon the Stipulation for Substitution of Counsel (the "Stipulation"), and the Court having reviewed the Stipulation and being fully advised, it is

**ORDERED** as follows:

1. The Stipulation is approved.

2. Robert Sanchez, Esq. is substituted as counsel of record for the debtor and J. Chad Edwards, is withdrawn as counsel of record for the debtor and relieved of further responsibility herein.

### # # #

Robert Sanchez, Esq. is directed to serve a copy of this order to all interested parties and to file a Certificate of Service with the Clerk of the Bankruptcy Court.