**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**Third Modified Plan**

DEBTOR: Ross Daniel Kelson     JOINT DEBTOR: _____     CASE NO.: 12-22288-AJC
Last Four Digits of SS# 8464     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 4,733.78 for months 1 to 17;
B. $ 7,966.28 for months 18 to 60 in
   order to order to pay the following creditors:

Administrative: J. Chad Edwards Attorney's Fee - $ 3,500.00 TOTAL PAID $ 1,719.00
   Balance Due $ 1,781.00 payable $ 104.76/month (Months 1 to 17)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. CitiMortgage, Inc. (First Mortgage)     Arrearage on Petition Date $167,203.54
   Address: POB 688971                      Arrears Payment  $ 1,829.44 /month (Months 1 to 17)
           Des Moines, IA 50368-8971        Arrears Payment  $ 3,165.19 /month (Months 18 to 60)
   Account No: 0649443250-0                 Regular Payment  $ 1,988.34 /month (Months 1 to 17)
                                            Regular Payment  $ 3,061.04 /month (Months 18 to 60)

2. St. Tropez Ocean Condominium Asociation
   c/o Carol Housen, President or other officer     Regular Payment $ 552.82 /month (Months 1 to 17)
   7330 Ocean Terrace, Miami Beach, FL 33141        Regular Payment $ 929.40 /month (Months 18 o 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Pentagon Federal Credit Union c/o R.A. Rogers, Inc. POB 3302 Crofton, MD 21114 #26707006-74-3 | $131,866.00 Motion to Value 2nd Mortgage on Property At 7330 Ocean Terrace Unit 1801 Miami Beach, FL 33141 | 0% | $0 | None | $0 |
| St. Tropez Ocean Condo Assc. c/o Kramer & Yaffe, P.A. 12000 Biscayne Blvd. Suite 810 Miami, FL 33181 Unit #1801 | $131,866.00 Motion to Value Lien on Property at 7330 Ocean Terrace Unit 1801 Miami Beach, FL 33141 | 0% | $0 | None | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE     Total Due $_____
            Payable  $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 14.02/month (Months 1 to 17); Pay $ 14.02/month (Months 18 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current and will pay direct outside the plan for the vehicle (VIN: WPOCB29814S660344) secured by Pentagon Federal Credit Union acct #271xxxx. Debtor filed a Motion to Deem Current payments accepted by Homeowners association St. Tropez Condominium Association, Inc. for the months of May, June and July, 2012.

Order granted on 09/25/12 (DE 53). The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income..

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for Debtor
Date: 11/15/13

Joint Debtor
Date:

LF-31 (rev. 01/08/10)