UNITED STATES BANKRUPTCY COURT
FOR THE Southern DISTRICT OF Florida

In RE:                                                                    Case No. 12-22288

**ROSS KELSON**
_____/

## NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:
Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

TO:
Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108

Date: 10.01.15

_____
Creditor Signature

_Legal Specialist_
Title

US BANKRUPTCY COURT
SO DISTRICT OF FLA

OCT 1 6 2015

FILED_____ RECEIVED_____