**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Ross Daniel Kelson                              Case No. 12-22288-AJC
                                                        Chapter 13


_____Debtor_____/

**EMERGENCY MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**
**WITH CITIMORTGAGE, INC. AND APPROVAL OF ATTORNEY'S FEES**
(Emergency hearing requested because the Debtor has been given until June 24, 2017 to have the loan modification approved)

The above-referenced Debtor requests the Court to enter an Order approving the Loan Modification Agreement with CitiMortgage, Inc. ("Lender") and states as follows:

1. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on May 18, 2012.

2. Under the Debtor's confirmed plan, the Debtor was treating the Lender, CitiMortgage, Inc., as a secured creditor, paying the arrearages along with the regular payments.

3. The Debtor has completed all payments under the confirmed plan.

4. The Debtor has now passed month 60 of the proposed plan.

5. The Debtor has been offered a Loan Modification Agreement outside of bankruptcy.

6. Attached is a copy of the Agreement that will be entered into between the parties (with all personal identifiers redacted).

7. Since the bankruptcy case is still active, the Lender requests that the bankruptcy court approve the Loan Modification Agreement before the Lender signs the Agreement.

8. The Debtor has been given a deadline of June 24, 2017 to complete the transaction and thus an emergency hearing is requested.

9. Since the plan has already been completed, there is no need to modify the plan to provide for payment as payment will be made to the Lender outside of bankruptcy.

10. The undersigned is seeking approval of $525.00 in attorney's fees for presenting the instant Emergency Motion.

**WHEREFORE,** the Debtor requests the Emergency Motion to Approve Loan Modification Agreement with CitiMortgage, Inc. ("Lender") and Attorney's Fees be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Emergency Motion to Approve Loan Modification Agreement with CitiMortgage, Inc. and Approval of Attorney's Fees, was served by U.S, first class mail, upon the parties listed below on June 15, 2017.

/s/ Robert Sanchez, Esq.
Attorney for Debtor(s)
Address:355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
Fax:_(305) 512-9701
Florida Bar No.: 0442161
email: Court@bankruptcyclinic.com